## MILLER *v.* BAKER.

LUMPKIN, P. J. There was no material error in any of the rulings to which exception is properly taken, and the evidence, though conflicting, warranted the verdict. *Judgment affirmed. All the Justices concurring.*

Argued March 16,— Decided April 10, 1900.

Rule. Before Judge Henry. Floyd superior court. January term, 1899.

*J. B. F. Lumpkin*, for plaintiff.
*M. B. Eubanks*, for defendant.